**ATTACHMENT A**

