**ATTACHMENT B**

